**AEE**

**FILED**
**DECEMBER 6, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Miscellaneous Warehousemen's Local 781
Health and Welfare Fund,
                              Plaintiff,
    -v-
Sunnyside Corporation, an Illinois Corp.,
                              Defendant.

Case Number: **07 C 6878**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND

| | |
|---|---|
| **NAME** (Type or print) ROBERT B. GREENBERG | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)    s/Robert B. Greenberg | |
| **FIRM** ASHER, GITTLER, GREENFIELD & D'ALBA, LTD. | |
| **STREET ADDRESS** 200 West Jackson Boulevard, Suite 1900 | |
| **CITY/STATE/ZIP** Chicago, Illinois 60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 01047558 | **TELEPHONE NUMBER** 312-263-1500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |