AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND<br><br>Plaintiff,<br><br>v.<br><br>SUNNYSIDE CORPORATION, an Illinois Corporation,<br><br>Defendant. | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER: **07 C 6878**<br><br>ASSIGNED JUDGE: **JUDGE KENNELLY**<br>**MAGISTRATE JUDGE VALDEZ**<br><br>DESIGNATED MAGISTRATE JUDGE: |

TO: (Name and address of Defendant)

SUNNYSIDE CORPORATION, an Illinois Corporation
c/o: Richard F. Sarna, Registered Agent
2021 Midwest Road, #201
Oak Brook, IL 60523

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.





AO 440 (Rev. 05/00) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 12-12-07 |
| NAME OF SERVER (PRINT) | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Richard F Sarna
office 2021 Midwest Road # 201 Oak Brook IL
AGE 55 male white 6'0 medium Build Blonde Hair 60523

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 55.00 | 55.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-12-07
Date            Signature of Server

Stern Process Investigation LLC
205 W. Randolph Street #1210
Chicago, Illinois 60606
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.