THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>SUNNYSIDE CORPORATION, an Illinois Corporation,<br><br>Defendant. | NO. 07 C 6878<br><br>JUDGE KENNELLY<br>MAGISTRATE JUDGE VALDEZ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sunnyside Corporation ("Defendant" or "Sunnyside"), by and through its undersigned attorneys, states as follows:

1. Sunnyside does not have a parent corporation.

2. No publicly held corporation holds 10% or more of an interest in Sunnyside's stock.

Dated: January 2, 2008

Respectfully submitted,

Sunnyside Corporation

By:/s/ Thurston C. Bailey
One of its Attorneys

Patricia Costello Slovak
Atty No.: 263439
Thurston C. Bailey
Atty No.: 24006783
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
Fax (312) 258-5600

## **CERTIFICATE OF SERVICE**

     I, Thurston C. Bailey, hereby certify that on January 2, 2008, I served the foregoing Defendant's Corporate Disclosure Statement by facsimile and US mail and I also electronically filed it Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

        Robert B. Greenberg
        Asher, Gittler, Greenfield & D'Alba, Ltd.
        200 West Jackson Blvd.
        Suite 1900
        Chicago, Illinois  60606
        312-263-1500
        rbg@ulaw.com

                            /s/    Thurston C. Bailey
                                  Thurston C. Bailey

CH1\5397516.1