THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 07 C 6878 |
| SUNNYSIDE CORPORATION, an Illinois Corporation, | ) ) ) | JUDGE KENNELLY MAGISTRATE JUDGE VALDEZ |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO STAY LITIGATION PENDING ARBITRATION

Defendant, Sunnyside Corporation ("Sunnyside") hereby submits its Motion to Stay Litigation Pending Arbitration and states as follows:

1. On December 6, 2007, the Miscellaneous Warehousemen's Local 781 Health and Welfare Fund ("Plaintiff" or "Fund") filed this lawsuit seeking to recover $178,457.90 in contributions on behalf of temporary workers who were not, and never have been, employees of Sunnyside and who are not, and never have been, covered by the terms of the collective bargaining agreement (the "CBA") between Sunnyside and the Miscellaneous Warehousemen's Local 781 ("the Union").[1]  The primary issue involved in Plaintiff's lawsuit concerns certain temporary workers that Sunnyside leased from a third party and the Fund's claim that Sunnyside owes contributions on behalf of those workers under the CBA. Although the Union has already requested arbitration of this dispute and the parties are currently in the process of selecting an

---

[1] The full name for this union is the Miscellaneous Warehousemen, Airline, Automotive Parts, Service, Tire and Rental, Chemical and Petroleum, Ice, Paper, and Related Clerical and Production Employees Union, Local 781, affiliate of the International Brotherhood of Teamsters.

arbitrator, the Fund has filed this lawsuit involving the same issues that necessarily will require interpretation and application of the CBA.

2.  Sunnyside seeks a stay of this lawsuit pending the outcome of the arbitration between Sunnyside and the Union.  Stay of a lawsuit pending a labor arbitration is proper when the lawsuit requires interpreting a CBA and when the CBA requires use of arbitration to resolve disputes concerning its interpretation.

3.  In this case, Sunnyside seeks to stay this lawsuit on the several grounds.  First, the dispute in this lawsuit clearly involves interpreting and applying provisions of the CBA to determine whether Sunnyside is obligated to make contributions on behalf of the temporary leased workers at issue herein.  Second, the grievance provisions of the CBA broadly require that all issues related to its interpretation, application and violation of its provisions be resolved by its grievance procedures, which include, as a final step, arbitration.  Third, not only have Sunnyside and the Union have agreed to arbitrate the issue of whether Sunnyside is obligated to make contributions on behalf of temporary leased workers, but a determination concerning Sunnyside's obligation to make contributions in the pending arbitration may be dispositive of Plaintiff's claim that it is entitled to collect contributions in this lawsuit. Lastly, staying this lawsuit will promote judicial economy by preventing multiple interpretations of the same CBA provisions and it will cause no harm the Plaintiff.

4.  In support of these arguments, Sunnyside submits its Memorandum of in Support of its Motion to Stay Litigation Pending Arbitration, filed simultaneously herewith.

5.  Additionally, Sunnyside has attached the following Exhibits in support of this Motion:

Exhibit A:   Collective bargaining agreement between Sunnyside and the Miscellaneous Warehousemen's Local 781.
Exhibit B:   Trust Agreement.
Exhibit C:   Plan Documents.
Exhibit D:   Grievance Report and related Correspondence.
Exhibit E:   September 15, 2007 letter.
Exhibit F:   October 1, 2007 letter.
Exhibit G:   Correspondence dated November 29, 2007, October 15, 2007 and September 12, 2007.

Exhibit H:   December 3, 2007 Demand for Arbitration by Union.

WHEREFORE, Defendant Sunnyside Corporation respectfully requests that this Court grant its Motion to Stay this litigation pending the completion of the pending arbitration between the Union and Sunnyside.

Respectfully submitted,

Sunnyside Corporation


By: /s/      Thurston C. Bailey
         One of its Attorneys

Patricia Costello Slovak
Thurston C. Bailey
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL  60606
(312) 258-5500

3

## **CERTIFICATE OF CONFERENCE**

I, Thurston C. Bailey, certify that on the 2nd day of January 2008, I spoke with counsel for the Plaintiff by telephone concerning Defendant's Motion to Stay Litigation Pending Arbitration and he indicated that Plaintiff is opposed to the Motion.

/s/     Thurston C. Bailey

Thurston C. Bailey

## CERTIFICATE OF SERVICE

      I, Thurston C. Bailey, hereby certify that on January 2, 2008, I served the foregoing Defendant's Motion to Stay Litigation Pending Arbitration by facsimile and United States First Class mail and I also electronically filed it using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Robert B. Greenberg
> Asher, Gittler, Greenfield & D'Alba, Ltd.
> 200 West Jackson Blvd.
> Suite 1900
> Chicago, Illinois  60606
> 312-263-1500
> rbg@ulaw.com

                                          /s/    Thurston C. Bailey
                                                      Thurston C. Bailey

Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Tel. (312) 258-5500
Fax (312) 258-5600
No. 90219

CH1\5397628.3