THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 07 C 6878 |
| SUNNYSIDE CORPORATION, an Illinois Corporation, | ) ) ) | JUDGE KENNELLY MAGISTRATE JUDGE VALDEZ |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Robert B. Greenberg
      Asher, Gittler, Greenberg & D'Alba, Ltd.
      200 West Jackson Boulevard
      Suite 1900
      Chicago, IL 60606

   Please take notice that on the 15th of January 15, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Kennelly or any Judge sitting in his stead in Courtroom 2103, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present Defendant's Motion to Stay Pending Arbitration, which is attached.


                                    SCHIFF HARDIN LLP


                                    By: /s/     Thurston C. Bailey
                                           One of Its Attorneys

Patricia Costello Slovak
Atty No.: 263439
Thurston C. Bailey
Atty No.: 24006783
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500
Fax (312) 258-5600

**CERTIFICATE OF SERVICE**

I, Thurston C. Bailey, hereby certify that on January 2, 2008, I served the foregoing Notice of Defendant's Motion to Stay Litigation Pending Arbitration by facsimile and United States First Class mail and I also electronically filed it using the CM/ECF system which will send notification of such filing to the following counsel of record:

> Robert B. Greenberg
> Asher, Gittler, Greenfield & D'Alba, Ltd.
> 200 West Jackson Blvd.
> Suite 1900
> Chicago, Illinois  60606
> 312-263-1500
> rbg@ulaw.com

/s/     Thurston C. Bailey
        Thurston C. Bailey

Schiff Hardin LLP
6600 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
Tel. (312) 258-5500
Fax (312) 258-5600
No. 90219

CH1\5400680.1

2