UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

| | |
|---|---|
| Miscellaneous Warehouemen's Local 781 Health and Welfare Fund | |
| Plaintiff, | |
| v. | Case No.: 1:07−cv−06878 |
| | Honorable Matthew F. Kennelly |
| Sunnyside Corporation | |
| Defendant. | |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

MINUTE entry before Judge Matthew F. Kennelly : Response to motion to stay, [11] due by 1/29/2008. Reply due by 2/12/2008. Ruling by mail. Status hearing of 3/5/2008 is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.