THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 07 C 6878 |
| SUNNYSIDE CORPORATION, an Illinois Corporation, | ) ) ) ) | JUDGE KENNELLY MAGISTRATE JUDGE VALDEZ |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STAY LITIGATION PENDING ARBITRATION**

Plaintiff, Miscellaneous Warehousemen's Local 781 Health and Welfare Fund ("Fund") hereby submits its Response to Defendant's Motion to Stay Litigation Pending Arbitration, and states as follows:

1. On January 2, 2008, the Defendant, Sunnyside Corporation ("Sunnyside") filed its Motion to Stay Litigation Pending Arbitration.

2. It is Plaintiff's position that the court should deny the requested stay for the following reasons:

   a. Litigation between the Fund and Sunnyside require contract interpretations not necessarily required in the pending arbitration between Miscellaneous Warehousemen's Local 781 ("Union") and Sunnyside, and the Union's interests are not necessarily that of the Fund's.

   b. The Fund is not a party to the pending arbitration between the Union and Sunnyside.

    c.    The primary issue of the instant court action is for the recovery of delinquent contributions in the amount of $178,457.90.

    d.    That, the dispute as to whether contributions by Sunnyside were required, does not foreclose recovery through legal proceedings because the plain language of the Trust Agreement and Collective Bargaining Agreement establishes the Fund's rights to recovery outside of arbitration procedures.

3.    In support of its arguments, the Fund submits its Memorandum in Support of its Response to Defendant's Motion to Stay Litigation Pending Arbitration.

4.    The Fund has also attached the following exhibits in support of its response to Defendant's Motion:

    Exhibit A:    Restated Agreement and Declaration of Trust.*
    See also:    Collective Bargaining Agreement between the Miscellaneous Warehousemen's Local 781 and Sunnyside.**

WHEREFORE, Plaintiff prays that the motion to stay litigation be denied.

    Respectfully submitted,

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(302) 263-1500
IL ARDC#: 01047558

1/23/08

---

\*    Including missing even pages from Defendant's Exhibit B in its Motion to Stay Litigation.
\*\*    Defendant has previously provided the Collective Bargaining Agreement as Exhibit A in its Motion.

## CERTIFICATE OF SERVICE

ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiff in this action, and that he served the attached Response upon:

> **Thurston C. Bailey**
> **Patricia Costello Slovak**
> **Schiff Hardin LLP**
> **6600 Sears Tower**
> **Chicago, Illinois 60606**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 23rd day of January 2008.

Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

---

\*    Including missing even pages from Defendant's Exhibit B in its Motion to Stay Litigation.
\*\*   Defendant has previously provided the Collective Bargaining Agreement as Exhibit A in its Motion.