## THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6878 |
| | ) | |
| SUNNYSIDE CORPORATION, an Illinois Corporation, | ) ) | JUDGE KENNELLY |
| | ) | Mag. JUDGE VALDEZ |
| Defendant. | ) | |

### JOINT STATUS REPORT

In response to the Court's Order of May 12, 2008, whereby the Court directed the parties to file a Joint Status Report on or before June 13, 2008, advising the Court of the status of the arbitration between Local 781 and Sunnyside Corporation:

The parties, through their respective Counsel, hereby advise the Court that arbitration hearing between Local 781, IBT and Sunnyside Corporation is set for July 15, 2008. It is anticipated that the hearing will run from two to three days, and that the Arbitrator's decision, in all likelihood, will not be issued less than 60 days thereafter.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

/s/ Thurston C. Bailey
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

Dated: June 10, 2008

<u>**CERTIFICATE OF SERVICE**</u>

      Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.


<u>/s/ Robert B. Greenberg</u>
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558