# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6878 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Misc. Warehousemen's Local 781 H&W Fund vs. Sunnyside Corp. | | |

**DOCKET ENTRY TEXT**

The Court has reviewed the status report filed on 6/10/08. The status hearing set for 6/18/08 is vacated and reset to 9/18/08 at 9:30 a.m. The parties are directed to file a further status report by no later than 9/11/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|