THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO. 07 C 6878 |
| SUNNYSIDE CORPORATION, an Illinois Corporation, | ) ) ) ) | JUDGE KENNELLY Mag. JUDGE VALDEZ |
| Defendant. | ) | |

## JOINT STATUS REPORT

In response to the Court's Order of June 13, 2008, whereby the Court directed the parties to file a Joint Status Report on or before September 11, 2008, advising the Court of the status of the arbitration between Local 781 and Sunnyside Corporation:

The parties, through their respective Counsel, hereby advise the Court that arbitration hearing between Local 781, IBT and Sunnyside Corporation was held on July 15, 2008. The parties' Briefs are to be filed on September 11, 2008, and the Arbitrator's decision, in all likelihood, will not be issued less than 90 days thereafter.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Blvd., Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#: 01047558

/s/ Thurston C. Bailey
Schiff Hardin LLP
6600 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606

Dated: September 9, 2008

## CERTIFICATE OF SERVICE

    Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                          /s/ Robert B. Greenberg
                                          Asher, Gittler, Greenfield & D'Alba, Ltd.
                                          200 West Jackson Boulevard
                                          Suite 1900
                                          Chicago, Illinois 60606
                                          (312) 263-1500
                                          IL ARDC#:  01047558