

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MISCELLANEOUS WAREHOUSEMEN'S LOCAL 781 HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>SUNNYSIDE CORPORATION, an Illinois Corporation,<br><br>Defendant. | NO. 07 C 6878<br><br>JUDGE KENNELLY<br><br>MAG. JUDGE VALDEZ |

## ORDER

This cause coming on to be heard, and it appearing to the Court that all matters in controversy for which said action was brought have been fully resolved and compromised pursuant to arbitration between the parties, and this Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above cause of action be and it is hereby dismissed with prejudice and without costs, all costs having been paid.

DATED: 3-20-09         ENTER:

_____
JUDGE, U.S. DISTRICT COURT

Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558